Genaro C. MARTINO, Petitioner–Appellant,

v.

Renee BAKER, Warden of the Ely State Prison and Catherine Cortez Masto, Esquire, Attorney General, Respondents–Appellees.

No. 10–16056.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 14, 2013.

Filed Feb. 28, 2014.

Lori C. Teicher, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Petitioner–Appellant.

Amy E. Crowe, Esquire, Deputy Attorney General, Robert E. Wieland, Esquire, Senior Deputy Attorney General, Office of the Nevada Attorney General, Reno, NV, for Respondents–Appellees.

ed by 9th Cir. R. 36–3.

Before: REINHARDT and M. SMITH, Circuit Judges, and CARR, Senior District Judge.*

ORDER **

Genaro Martino appealed the district court's denial of his petition for a writ of habeas corpus. On February 13, 2014, the Attorney General of the State of Nevada informed this court that Martino had died in prison on February 7, 2014. Due to Martino's death, we dismiss the appeal as moot. We remand the case to the district court with instructions to vacate all orders and dismiss the petition as moot.

---

* The Honorable James G. Carr, Senior District Judge for the U.S. District Court for the Northern District of Ohio, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.